UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PATENT GROUP, LLC,<br>　　　　　　*Plaintiff*<br>v.<br><br>STAGE STORES INC d/b/a STAGE, BEALLS,<br>GOODY'S, PALAIS ROYAL, AND<br>PEEBLES<br><br>　　　　　　*Defendant* | §<br>§<br>§　CASE NO. 2:12-cv-26-JRG-RSP<br>§　JURY DEMANDED<br>§<br>§<br>§<br>§<br>§ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Patent Group, LLC ("Patent Group") and Defendant, Stage Stores d/b/a Stage, Bealls, Goody's, Palais Royal and Peebles ("Stage Stores") file this Joint Stipulation of Dismissal with Prejudice and would show the Court as follows:

I.　　Patent Group and Stage Stores no longer desire to pursue the claims made as the basis of the lawsuit. Accordingly, Patent Group and Stage Stores move this Court to dismiss their claims with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

II.　　For the reasons set forth above, this court should grant the parties' stipulation of dismissal with prejudice.

　　A proposed order is attached.

Dated: June 21, 2012

Respectfully submitted,

/s/ Jack Walker
JOHN F. (JACK) WALKER
State Bar No. 007085167
REID W.M. MARTIN
State Bar No. 13098986
MARISA SCHOUTEN
State Bar No. 24039163
MARTIN WALKER, P.C.
522 S. Broadway Ste 200
Tyler, Texas 75702
(903) 526-1600 (Office)
(903) 595-0796 (Fax)
jwalker@martinwalkerlaw.com

STAFFORD DAVIS
State Bar No. 24054605
THE STAFFORD DAVIS FIRM, PC
305 Broadway, Suite 406
Tyler, Texas 75702
(903) 593-7000 (Office)
(903) 705-7369 (Fax)
sdavis@stafforddavisfirm.com

**Counsel for Plaintiff Patent Group, LLC**

/s/ Robert L. Lee
Robert L. Lee
GA Bar No. 443978
Siraj M. Abhyankar
GA Bar No. 484680
ALSTON & BIRD LLP
1201 W. Peachtree Street
Atlanta, GA 30309
404-881-7000 (Office)
404-881-8277 (Fax)
bob.lee@alston.com
shri.abhyankar@alston.com

Derek S. Neilson
TX Bar No. 24072255
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201
214-922-3400 (Office)
214-922-3899 (Fax)
derek.neilson@alston.com

**Counsel for Defendant Stage Stores, Inc. d/b/a Stage, Bealls, Goody's, Palais Royal, and Peebles**

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record who are deemed to have consented to electronic service are being served this 21st day of June, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record or parties will be served by first class U.S. mail on this same date.

/s/ Jack Walker