UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PATENT GROUP, LLC, | § | |
|           *Plaintiff* | § | |
| v. | § | CASE NO. 2:12-cv-26-JRG-RSP |
| | § | JURY DEMANDED |
| STAGE STORES INC d/b/a STAGE, BEALLS, | § | |
| GOODY'S, PALAIS ROYAL, AND | § | |
| PEEBLES | § | |
| | § | |
|           *Defendant* | § | |

## ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is Patent Group, LLC ("Patent Group") and Defendant, Stage Stores Inc d/b/a Stage, Bealls, Goody's, Palais Royal, and Peebles ("Stage Stores") Joint Stipulation of Dismissal with Prejudice.

After the consideration of the Stipulation, this Court finds that it is meritorious and should be GRANTED. Accordingly, the Court hereby DISMISSES WITH PREJUDICE each parties' claims, with each party to bear its own attorney fees, expenses, and costs.

SO ORDERED.